# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| AFFINIPAY, LLC, | § | |
| Plaintiff. | § § § | |
| v. | § § | Civil Action No. 1:18-cv-00028 |
| ABACUS DATA SYSTEMS, INC., | § § § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff AffiniPay, LCC ("AffiniPay") and Defendant Abacus Data Systems, Inc. ("Abacus") hereby stipulate that all claims asserted by AffiniPay against Abacus in the above-captioned action are hereby dismissed without prejudice.

Each party shall bear its own costs, expenses, and attorneys' fees incurred in connection with the above-captioned action.

Dated: August 24, 2018.　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Robert L. Long*
　　　　　　　　　　　　　　　　　　　　　Robert L. Long

　　　　　　　　　　　　　　　　　　　　　Heather C. Barger
　　　　　　　　　　　　　　　　　　　　　State Bar No. 24089036
　　　　　　　　　　　　　　　　　　　　　heather.barger@alston.com
　　　　　　　　　　　　　　　　　　　　　**ALSTON & BIRD LLP**
　　　　　　　　　　　　　　　　　　　　　2828 North Harwood Street, Suite 1800
　　　　　　　　　　　　　　　　　　　　　Dallas, TX 75201
　　　　　　　　　　　　　　　　　　　　　(214) 922-3400 — Telephone
　　　　　　　　　　　　　　　　　　　　　(214) 922-3899 — Facsimile

　　　　　　　　　　　　　　　　　　　　　Robert L. Long
　　　　　　　　　　　　　　　　　　　　　*Pro Hac Vice*
　　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 141546
　　　　　　　　　　　　　　　　　　　　　robert.long@alston.com
　　　　　　　　　　　　　　　　　　　　　Christina E. Bortz
　　　　　　　　　　　　　　　　　　　　　*Pro Hac Vice*
　　　　　　　　　　　　　　　　　　　　　New York Bar No. 5438833
　　　　　　　　　　　　　　　　　　　　　christina.bortz@alston.com
　　　　　　　　　　　　　　　　　　　　　**ALSTON & BIRD LLP**
　　　　　　　　　　　　　　　　　　　　　1201 West Peachtree Street
　　　　　　　　　　　　　　　　　　　　　Atlanta, GA 30309
　　　　　　　　　　　　　　　　　　　　　(404) 881-4760 — Telephone
　　　　　　　　　　　　　　　　　　　　　(404) 881-4777 — Facsimile

　　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**
　　　　　　　　　　　　　　　　　　　　　**AFFINIPAY, LLC**

/s/ Timothy Cleveland
Timothy Cleveland

Timothy Cleveland
State Bar No. 24055318
tcleveland@clevelandandterrazas.com
Carlos Soltero
State Bar No. 00791702
csoltero@clevelandandterrazas.com
Matthew Murrell
State Bar No. 24083545
mmurrell@clevelandandterrazas.com
**CLEVELAND TERRAZAS PLLC**
4611 Bee Cave Road, Suite 306B
Austin, TX 78746
(512) 689-8698 — Telephone

**ATTORNEYS FOR DEFENDANT ABACUS DATA SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 24, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Robert L. Long
Robert L. Long